COURT: EASTERN DISTRICT  
**COUNTY OF: NEW YORK**

ATTORNEY: SHULMAN

KEVIN MOORE ET AL      PLAINTIFF

AGAINST

EAGLE SANITATION, INC. & MICHAEL REALI      DEFENDANT (S)

**INDEX# CV11-1855**  
JUDGE SEYBERT, J.- TOMLINSON, M

**AFFIDAVIT OF SERVICE OF**      **SUMMONS & COMPLAINT**

STATE OF NEW YORK, COUNTY OF SUFFOLK SS; The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York  
That on April 18, 2011 at 2:50PM at 20 OTIS ST. W. BABYLON, N.Y.  
Deponent served the above described document on EAGLE SANITATION, INC.

**[ ] INDIVIDUAL** — By delivering a true copy of each to said, personally. Deponent knew the person so served to be the person Described As said therein. WITH A WITNESS FEE OF $

**[ X ] AGENCY BUSINESS** — By delivering thereat a true copy of each to PATRICIA ORTICELLE Deponent knew to be an authorized agent of the recipient named therein. With a Witness fee of $

**SUITABLE AGE [ ]** — By delivering thereat a true copy of each to  A person of suitable age and discretion. The said premise is an  actual place of business  dwelling house  usual place of abode X within the state. A person authorized to accept. WITH A WITNESS FEE OF $

**AFFIXING TO DOOR [ ]** — By affixing a true copy of each to the door of said premises, which is  actual place of business Dwelling house X  usual place of abode X within the state. WITH A WITNESS FEE OF $  Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there:

**MAILING [ ]** — Deponent also enclosed a copy of same in a post paid sealed wrapper properly addressed to LAST KNOWN ADDRESS :  and deposited said wrapper in post office under exclusive care and custody of the United States Postal Service within the New York State.  
A first class mailing and a certified mailing were effected pursuant to Section 735 of the Real Property Actions and Proceedings Law  
Certified #      ON

**DESCRIPTION [X]** — SEX: FEMALE    SKIN COLOR : **WHITE**    HAIR COLOR: **BRN**  
APPROX. AGE: 50'S    APPROX HEIGHT: **5'4**    APPROX. WEIGHT: **140**  
OTHER IDENTIFYING FEATURES:  
IDENTIFICATION WAS MADE FROM PHOTO ATTACHED [ ]

**MILITARY SERVICE [X]** — { X } I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no uniform  
{ } Upon information and belief I have that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or the Federal Statues.

Sworn to before me on  
04-19-11  

_Sheeba Lupo_ (signature)  
Notary Public

**SUNRISE PROCESS SERVICE**

_Patricia Conroy_ (signature)  
PATRICIA CONROY

Sheeba Lupo  
Notary Public, State of New York  
No. 01LU6175204  
Qualified in Suffolk County  
Commission Expires October 9, 2011