UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEVIN MOORE, on behalf of himself and all others
similarly situated, and ROGER SNYDER, individually,

                            Plaintiffs,

              - against -

EAGLE SANITATION, INC. and
MICHAEL REALI, an individual,

                          Defendants.
-------------------------------------------------------------------X

**ORDER**

CV 11-1855 (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      The Court has received counsels' Joint Motion for Approval of the Settlement and Dismissal with Prejudice which was filed under seal. *See* DE 33. After conducting an *in camera* review of the proposed settlement agreement, and based upon my knowledge of the case and prior discussions with counsel, I find that the agreement to be fair and reasonable. However, in reviewing the documents, the Court notes that neither side has addressed the presumption against sealing in FLSA cases. *See Joo v. Kitchen Table, Inc.*, 763 F. Supp. 2d 643 (S.D.N.Y. 2011); *Bouzzi v. F & J Pine Rest.*, - - - F.2d - - - , 2012 WL 85137 (E.D.N.Y. Jan. 11, 2012)*; Mosquera v. Masada Auto Sales, Ltd.*, 2011 WL 282327 (E.D.N.Y. Jan. 25, 2011). I am therefore directing the parties to review these cases and to address the sealing issue in a writing to the Court within ten (10) days. The motion is deferred until this issue is resolved.

                                                                **SO ORDERED.**

Dated: Central Islip, New York
         April 6, 2012

                                                     /s/ A. Kathleen Tomlinson
                                                   A. KATHLEEN TOMLINSON
                                                   U.S. Magistrate Judge